FILED

2012 APR 18  AM 9: 29

CLERK US DI.....
SOUTHERN DISTRICT OF CALIFORNIA

BY__________DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA STICKLER,<br><br>                                    Plaintiff,<br><br>    vs.<br><br><br>SAN DIEGO COMMUNITY COLLEGE DISTRICT,<br><br>                                    Defendant. | CASE NO. 12-cv-862 – BEN (WVG)<br><br>ORDER:<br><br>(1) GRANTING REQUEST TO PROCEED *IN FORMA PAUPERIS*, [Doc. No. 2];<br><br>(2) *SUA SPONTE* DISMISSING COMPLAINT; and<br><br>(3) DENYING AS MOOT MOTION TO APPOINT COUNSEL, [Doc. No. 3]. |

Plaintiff Pamela Strickler, proceeding *pro se*, has filed a complaint alleging that an individual in a California State Police uniform threatened her with arrest for allegedly trespassing at the Chabad. She seeks a restraining order against Defendant San Diego Community College District.  Plaintiff has not paid the $350 civil filing fee required to commence this action, but has filed a motion to proceed *in forma pauperis*. [Doc. No. 2.] Plaintiff also filed a motion to appoint counsel. [Doc. No. 3.]  For the reasons set forth below, the Court **GRANTS** the motion to proceed *in forma pauperis, sua sponte* screens and **DISMISSES** the complaint, and **DENIES AS MOOT** the motion to appoint counsel.

## DISCUSSION

I.     **Motion to proceed *in forma pauperis***

Parties instituting any civil action in a district court of the United States, except an application for a writ of habeas corpus, must pay a filing fee of $350.  *See* 28 U.S.C. § 1914(a).  An action may

1    proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to

2    proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176,

3    1177 (9th Cir. 1999). Having reviewed Plaintiff's declaration in support of her motion to proceed *in*

4    *forma pauperis*, the Court finds it sufficient to show that she is unable to pay the fees or post securities

5    required to maintain this action. Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in*

6    *forma pauperis* pursuant to 28 U.S.C. § 1915(a).

7    **II.**    ***Sua sponte* screening**

8         An *in forma pauperis* complaint is subject to mandatory screening. Pursuant to 28 U.S.C.

9    § 1915(e)(2)(B), notwithstanding any filing fee, the Court must dismiss any complaint if at any time

10   the Court determines that it is "frivolous or malicious," "fails to state a claim on which relief may be

11   granted," or "seeks monetary relief against a defendant who is immune from such relief." The *sua*

12   *sponte* screening is mandatory. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir. 2000) (en banc);

13   *see also Calhoun v. Stahl*, 254 F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28

14   U.S.C. § 1915(e)(2)(B) are not limited to prisoners." (citation omitted)).

15        In this case, Plaintiff's one-page complaint fails to state any constitutional or statutory ground

16   for relief, nor does it allege any basis for this Court's jurisdiction. Accordingly, the complaint is

17   hereby **DISMISSED** because it fails to allege sufficient factual matter, accepted as true, to state a

18   plausible claim to relief. *See Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009); *see also Barren v.*

19   *Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order) ("The language of § 1915(e)(2)(B)(ii)

20   parallels the language of Federal Rule of Civil Procedure 12(b)(6).").

21                               **CONCLUSION**

22        Plaintiff's motion to proceed *in forma pauperis* is **GRANTED**. Plaintiff's complaint is hereby

23   **DISMISSED WITH LEAVE TO AMEND** for failure to state a claim. If Plaintiff wishes to amend

24   her complaint, she should file the amended complaint no later than **May 4, 2012**. In light of the

25   dismissal, Plaintiff's motion to appoint counsel is **DENIED AS MOOT**.

26       **IT IS SO ORDERED.**

27   Date:   April ____, 2012

28                                     Honorable Roger T. Benitez
                                         United States District Judge